# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| EVA AVENDANO, | ) | 3:09-cv-00735-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 29, 2012 |
| | ) | |
| THE STATE OF NEVADA on relation of | ) | |
| NEVADA DEPARTMENT OF HEALTH | ) | |
| AND HUMAN SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    On August 16, 2012, Day R. Williams, Esq., counsel for Plaintiff herein, filed a motion for leave to withdraw as attorney pursuant to Local Rule IA 10-6. (Doc. # 13.)  No response to the motion was filed.  The docket herein reflects the Plaintiff voluntarily dismissed this action on May 21, 2010, and that the case was thereafter closed.

    Good cause appearing, counsel's motion for leave to withdraw (Doc. # 13) is **GRANTED.**

    **IT IS SO ORDERED.**

                                                                                      LANCE S. WILSON, CLERK

                                                              By: <u>       /s/                                      </u>
                                                                           Deputy Clerk